

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00191-CV

**IN THE ESTATE OF** Roland R. **ESPARZA**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2021-PC-0326
Honorable Veronica Vasquez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Mario R. Esparza.

It is so **ORDERED** on July 7, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
Michael A. Cruz, Clerk of Court